# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIC MEREDITH RICK GENE STITT,<br><br>        Petitioner,<br><br>   v.<br><br>M. SPEARMAN, Warden,<br><br>        Respondent. | Case No.: 1:20-cv-00153-NONE-JLT (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

    In his motion to dismiss, Respondent notes that Jason Pickett is the current Warden of High Desert State Prison, where Petitioner is currently housed. (Doc. 15 at 1.) Respondent requests that the Court substitute Jason Pickett as the Respondent. (Id.) Rule 25 of the Federal Rules of Civil Procedure allows the successor of a public office to automatically be substituted as a party. Accordingly, the Clerk of Court is DIRECTED to change the name of the Respondent to Jason Pickett, Warden.

IT IS SO ORDERED.

    Dated: **May 19, 2020**                     **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE